IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:13-cr-285-JEC-AJB |
| MIGUEL JUAREZ-MARTINEZ, | |
| Defendant. | |

**ORDER**

This case is before the Court on the Magistrate Judge's Report and Recommendation [17] recommending accepting defendant's plea of guilty tendered on December 12, 2013. No objections to the Report and Recommendation [17] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [17] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Indictment.

SO ORDERED this 23rd day of May, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)